49 So.2d 925

**Sam. W. HOBSON v. STATE.**

**6 Div. 117.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

47 So.2d 923

**F. Grafton HOCUTT v. STATE.**

**6 Div. 84.**

Court of Appeals of Alabama.
June 14, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Embezzlement.

LeMaistre & Clement, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

41 So.2d 914

**Roger HOLLIS v. STATE.**

**8 Div. 783.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Colbert County; Robt. M. Hill, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 34

**Robert HOLLOWAY v. STATE.**

**6 Div. 858.**

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Assault and battery.

K. C. Edwards, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

51 So.2d 913

**Louis HOLLWAY, alias Louise Holloway v. STATE.**

**6 Div. 115.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

49 So.2d 925

**John Roland HOLOWAY, alias Holloway v. STATE.**

**6 Div. 31.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.